## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BITUMINOUS CASUALTY CORPORATION, | ) |
| Plaintiff(s) | ) |
| vs. | ) No. CIV-11-210-JHP |
| MARIAH O'KELLEY, as surviving spouse of Jerry O'Kelley, deceased, | ) |
| Defendant(s) | ) |

## ADMINISTRATIVE CLOSING ORDER

The Court has been advised by counsel that this action has been concluded. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action as to all claims is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(2) subject to the conditions set forth herein. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the case has not been concluded and further litigation is necessary. **This Administrative Closing Order shall mature into a final judgment pursuant to Fed.R.Civ.P. 54 and Fed.R.Civ.P. 58, if the parties fail to submit final closing papers within forty-five (45) days from the date of this order.**

Dated this 26th day of June, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma